```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


JAMES CASSIDY,                    )
                                  )
               Plaintiff,         )
                                  )
          v.                      )     No. 4:05 CV 980 DDN
                                  )
JO ANNE B. BARNHART,              )
Commissioner of                   )
Social Security,                  )
                                  )
               Defendant.         )
```

### ORDER

In accordance with the Memorandum filed herewith,

**IT IS HEREBY ORDERED** that the final decision of defendant Commissioner of Social Security denying benefits is sustained. The action is dismissed with prejudice.

_____
**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**


Signed on September 5, 2006.